No. 465. DAVIS *v.* SMYTH, SUPERINTENDENT. December 9, 1946. Petition for writ of certiorari to the

Supreme Court of Appeals of Virginia denied. *William Alfred Hall, Jr.* for petitioner.